IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 29, 2007

Charles R. Fulbruge III
Clerk

No. 06-41591
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

BERNARDO FLORENTINO SANCHEZ,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:03-CR-264-ALL

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM:[*]

Bernardo Florentino Sanchez appeals the sentence following his guilty-plea conviction for a 2003 charge of possession with intent to distribute over 100 kilograms of marijuana. The judgment of the district court is AFFIRMED for the reasons stated in the opinion this day filed: United States of America v. Bernardo Sanchez, No. 06-41602. AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.